Certificate Number: 02921-PAE-DE-031873645

Bankruptcy Case Number: 18-16743



02921-PAE-DE-031873645

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 3, 2018</u>, at <u>8:39</u> o'clock <u>PM EDT</u>, <u>Rosemarie Simons</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 7, 2018</u>          By:    <u>/s/Joan B Reading</u>

                                        Name:  <u>Joan B Reading</u>

                                        Title: <u>President</u>

FILED
DEC 12 2018
TIMOTHY McGRATH, CLERK