# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                     :       Bankruptcy No. 18-16743-mdc
Rosemarie Simons                           :
aka Rosemarie Makowski                     :
aka Rosemarie Sposato                      :       Chapter 7

## ORDER

The debtor(s) has filed a motion for approval of the reaffirmation agreement between the debtor(s) and Quicken Loans Inc., the court held a hearing on March 13, 2019 required by 11 U.S.C. s 524 (c)(6)(A) on notice to the debtor(s) and the creditor.

COURT ORDER:

___X___    The court grants the debtor(s) motion under 11 U.S.C. s 524 (c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s)

_____    The court grants the debtor's motion under U.S.C. s 524 (K)(8) and approves the reaffirmation agreement described above

_____    The court does not approve the reaffirmation agreement.

_____    The court approves the reaffirmation agreement.

Date: 3/13/19

*Magdeline D. C___*
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

United States Trustee
833 Chestnut St
Philadelphia, PA 19107

Chapter 7 Trustee

Debtor(s)