United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 18-16743-mdc
Rosemarie Simons                                                  Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP           Page 1 of 1         Date Rcvd: Mar 14, 2019
                         Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db           +Rosemarie Simons,   4802 Rush Drive,   Pipersville, PA 18947-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
      REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-16743-mdc |
| Rosemarie Simons | : | |
| aka Rosemarie Makowski | : | |
| aka Rosemarie Sposato | : | Chapter 7 |

## ORDER

The debtor(s) has filed a motion for approval of the reaffirmation agreement between the debtor(s) and Quicken Loans Inc., the court held a hearing on March 13, 2019 required by 11 U.S.C. s 524 (c)(6)(A) on notice to the debtor(s) and the creditor.

COURT ORDER:

__X__ The court grants the debtor(s) motion under 11 U.S.C. s 524 (c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s)

_____ The court grants the debtor's motion under U.S.C. s 524 (K)(8) and approves the reaffirmation agreement described above

_____ The court does not approve the reaffirmation agreement.

_____ The court approves the reaffirmation agreement.

Date: 3/13/19

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

United States Trustee
833 Chestnut St
Philadelphia, PA 19107

Chapter 7 Trustee

Debtor(s)